UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Devon Deshawn Johnson**                    **Docket No. 4:18-CR-56-2FL**

**Petition for Action on Supervised Release**

COMES NOW Erica L. Miller, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Devon Deshawn Johnson, who, upon an earlier plea of guilty to Brandishing a Firearm in Furtherance of a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. § 924(c)(1)(A)(ii) and 18 U.S.C. § 2, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on January 27, 2020, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Devon Deshawn Johnson was released from custody on June 13, 2025, at which time the term of supervised release commenced.

On February 11, 2026, a Violation Report was submitted informing the defendant was charged with Failure to Return Hired Motor Vehicle Greater Than $4,000.00 in Forsyth County, North Carolina (26CR220649). The probation office recommended, and the Court agreed, to take no action pending disposition in state court, where the matter remains pending.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 11, 2026, a warrant was issued for misdemeanor False Report to Police Station in McDowell County, North Carolina (26CR230462). According to the Warrant for Arrest, on January 5, 2026, the defendant falsely reported to the McDowell County Sheriffs Office that the equipment related to the pending charge in Forsyth County was stolen from his vehicle. The defendant turned himself in to the Magistrate's Office in Lenoir County and was released on $2,000.00 secured bond. This charge remains pending in McDowell County District Court. The defendant vehemently denies guilt and confirmed this matter is directly related to the matter pending in Forsyth County District Court.

It should be noted that McDowell County is outside of the Eastern District of North Carolina, and the defendant did not have permission to be there when this alleged crime occurred.

The defendant recently expressed interest in attending mental health treatment, citing Post-Traumatic Stress Disorder from being incarcerated and having issues with adjusting since being released from the Bureau of Prisons. The defendant expressly asked the undersigned for assistance with obtaining mental health treatment. It is respectfully recommended that the court include the mental health treatment condition as outlined below. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

**Devon Deshawn Johnson**
**Docket No. 4:18-CR-56-2FL**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Tuell Waters
Tuell Waters
Supervising U.S. Probation Officer

/s/ Erica L. Miller
Erica L. Miller
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2348
Executed On: March 2, 2026

## ORDER OF THE COURT

Considered and ordered this _____4th_____ day of _____March_____, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
United States District Judge